IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JAMES E. WHITNEY                                               PETITIONER

v.                              CASE NO. 5:19-CV-5054

WENDY KELLEY, DIRECTOR,
ARKANSAS DEPARTMENT OF CORRECTION                              RESPONDENT

## **ORDER**

The Court has received a report and recommendation (Doc. 20) from Chief United States Magistrate Judge Erin L. Wiedemann.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court deny the petition for a writ of habeas corpus.  The Court has conducted careful review of this case.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the petition for a writ of habeas corpus (Doc. 1) is DENIED and the petition is DISMISSED WITH PREJUDICE.  No certificate of appealability shall issue.

Judgment will be entered accordingly.

IT IS SO ORDERED this June 30, 2020.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE